heading for mandamus 



No. 04-02-00179-CV


IN RE UNIVERSAL FOREST PRODUCTS, INC.


Original Mandamus Proceeding



Arising from the 408th Judicial District Court, Bexar County, Texas

Trial Court No. 2000-CI-18096

Honorable John J. Specia, Jr., Judge Presiding



PER CURIAM


Sitting: Alma L. López, Justice

 Paul W. Green, Justice

 Sarah B. Duncan, Justice

 

Delivered and Filed: March 27, 2002


MOTION TO DISMISS GRANTED; PETITION DISMISSED

 Relator filed an unopposed motion to dismiss the petition for writ of mandamus,
stating the parties have fully compromised and settled all issues in dispute. The motion is
granted. See Tex. R. App. P. 42.1(a)(2). The petition for writ of mandamus is dismissed. 
Costs of appeal are taxed against the parties who incurred them. 

 PER CURIAM

Do Not Publish